IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY HINES,** | 2:25-cv-01785-CKD (PC) |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **MADAVE,** | |
| Defendant. | |

Good cause appearing, Defendant Madave's Motion for a thirty-day extension of time to file a waiver of service of process is granted. Defendant shall file his waiver of service of process no later than February 4, 2026. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated: 01/05/26

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 hine1785.36wvr