IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RODNEY HINES,** | 2:25-cv-01785-CKD |
| Plaintiff, | ~~**[PROPOSED]**~~ **ORDER** |
| **v.** | |
| **MADAVE,** | |
| Defendant. | |

Good cause appearing, Defendant Madave's Motion for a thirty-day extension of time to file a responsive pleading is granted. Defendant shall file his responsive pleading no later than March 5, 2026. No other deadlines are affected by this order.

IT IS SO ORDERED.

Dated:  February 4, 2026

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 hine1785.36answ

1